1    JOHN C. CRUDEN
     Acting Assistant Attorney General
2    Environment & Natural Resources Division
     United States Department of Justice
3    Washington, D.C.  20530

4    DAVID B. GLAZER (D.C. 400966)
     Natural Resources Section
5    Environment & Natural Resources Division
     United States Department of Justice
6    301 Howard Street, Suite 1050
     San Francisco, California  94105
7    TEL:   (415) 744–6491
     FAX:   (415) 744-6476
8    e-mail:  david.glazer@usdoj.gov

9    Attorneys for Federal Defendants

10

11                    UNITED STATES DISTRICT COURT

12                    EASTERN DISTRICT OF CALIFORNIA

13                         SACRAMENTO DIVISION

14

15   KLAMATH-SISKIYOU WILDLANDS          )   No. 2:09-cv-2249 WBS–GGH
     CENTER, et al.,                     )
16                                       )   STIPULATION AND ~~PROPOSED~~ ORDER
                                         )   GOVERNING BRIEFING SCHEDULE
17               Plaintiffs,             )   FOR PLAINTIFFS' MOTION FOR
                                         )   PRELIMINARY INJUNCTION
18        v.                             )
                                         )
19                                       )
                                         )
20   PATRICIA A. GRANTHAM, et al.,       )   Date:   August 31, 2009
                                         )   Time:  2:00 p.m.
21               Defendants.             )
     _____)   Hon. William B. Shubb
22

23

24

25

26

27

28

1          Defendants Patricia A. Grantham and the United States Forest Service and Plaintiffs

2   Klamath-Siskiyou Wildlands Center, Environmental Protection Information Center, and Klamath

3   Forest Alliance submit this Stipulation and Proposed Order Governing Briefing Schedule for

4   Plaintiffs' Motion for Preliminary Injunction for this Court's approval.

5          Subject to Court approval, the parties have stipulated to the following briefing schedule:

6          1.       Plaintiffs shall file their motion papers on or before August 21, 2009;

7          2.       Defendants shall file their opposition papers on or before August 25, 2009;

8          3.       Plaintiffs shall file their reply on or before August 27, 2009;

9          4.       Plaintiffs' motion for preliminary injunction will be heard August 31, at 2:00 p.m.

10   The parties further stipulate that plaintiffs' opening memorandum will not exceed 25 pages,

11   defendants' response will not exceed 25 pages, and plaintiffs' reply will not exceed 12 pages.

12          The parties further agree that

13          1.       No ground-disturbing activities shall begin on the Panther Salvage Project before

14                   September 1, 2009.

15          2.       The purpose of this Stipulation is to provide for the orderly presentation of the

16   issues in this case. The parties agree that nothing in this Stipulation may be construed as basis

17   for an award of attorneys fees in this case.

18

19   IT IS SO STIPULATED

20

21   DATED:  August 20, 2009                    FOR THE PLAINTIFFS

22

23                                              /s/SUSAN JANE M. BROWN
                                                [as authorized August 20, 2009]
24                                              SUSAN JANE M. BROWN
                                                Western Environmental Law Center
25                                              4107 NE Couch Street
                                                Portland, Oregon  97232
26                                              Tel.  (503) 914-1323
                                                E-mail:  brown@westernlaw.org
27

28

                                                                                              1

1   RENÉ P. VOSS (CA #255758)
    42 Greenfield Ave, Suite A
2   San Anselmo, California  94960-2415
    Tel.  (530) 219-8068
3   E-mail:  renepvoss@gmail.com

4

5   FOR THE DEFENDANTS

6   JOHN C. CRUDEN
    Acting Assistant Attorney General
7   Environment & Natural Resources Division

8   /s/DAVID B. GLAZER
    DAVID B. GLAZER
9   Natural Resources Section
    Environment & Natural Resources Division
10  United States Department of Justice
    301 Howard Street, Suite 1050
11  San Francisco, California
    Tel: (415) 744-6566
12  E-mail:  David.Glazer@usdoj.gov

13

14                              ORDER

15          Upon consideration of the above Stipulation, it is hereby ORDERED that

16          1.      Plaintiffs shall file their motion papers on or before August 21, 2009.  Plaintiffs'

17  opening memorandum of law shall not exceed 25 pages.

18          2.      Defendants shall file their opposition papers on or before August 25, 2009.

19  Defendants' opposition memorandum shall not exceed 25 pages.

20          3.      Plaintiffs shall file their reply on or before August 27, 2009.  Plaintiffs' reply

21  memorandum shall not exceed 12 pages.

22          4.      Plaintiffs' motion for preliminary injunction is set for hearing on August 31,

23  2009, at 2:00 p.m.

24          IT IS SO ORDERED

25  Dated:  August 20, 2009

26  _____
    WILLIAM B. SHUBB
27  UNITED STATES DISTRICT JUDGE

28

                                                                              2

1

## CERTIFICATE OF SERVICE

2

I, David B. Glazer, hereby certify that I have caused the foregoing to be served upon

3

counsel of record through the Court's electronic service system.

4

5

6

7

I declare under penalty of perjury that the foregoing is true and correct.

8

9

10

11

Dated:  August 20, 2009                    /s/DAVID B. GLAZER
                                                        DAVID B. GLAZER

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3