Susan Jane M. Brown (OSB #05460) (Lead Counsel)
Western Environmental Law Center
4107 NE Couch St.
Portland, OR. 97232
Ph. 503-914-1323
brown@westernlaw.org

Matt Kenna (CO #22159)
Western Environmental Law Center
679 E. 2nd Ave., Suite 11B
Durango, CO. 81301
(970) 385-6941 x 131
kenna@westernlaw.org

Rachel M. Fazio (CA #187580)
P.O. Box 697
Cedar Ridge, CA 95924
Tel: (530) 273-9290
Fax: (530) 273-9260
rfazio@nccn.net

René P. Voss (CA #255758) (Local Counsel)
42 Greenfield Ave, Suite A
San Anselmo, CA 94960-2415
530-219-8068 (phone)
renepvoss@gmail.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KLAMATH-SISKIYOU WILDLANDS CENTER, ENVIRONMENTAL PROTECTION INFORMATION CENTER, and KLAMATH FOREST ALLIANCE, <br><br> Plaintiffs, <br><br> vs. <br><br> PATRICIA A. GRANTHAM, Klamath National Forest Supervisor, and UNITED STATES FOREST SERVICE, <br><br> Defendants. | Civ. Case No. 2:09-CV-02249-WBS-GGH <br><br><br> STIPULATION AND ~~PROPOSED~~ ORDER TO VOLUNTARILY DISMISS WITHOUT PREJUDICE |

PAGE 1 – STIPULATION AND PROPOSED ORDER TO VOLUNTARILY DISMISS WITHOUT PREJUDICE

Plaintiffs Klamath-Siskiyou Wildlands Center, Environmental Protection Information Center, and Klamath Forest Alliance (Plaintiffs), and Defendants Patricia A. Grantham and United States Forest Service (Defendants) submit this stipulation and proposed order voluntarily dismissing without prejudice the above captioned action.

On August 21st 2009, counsel for the Defendants informed the Court and the Plaintiffs that the project at issue in this case was being withdrawn, and the Forest Service then issued a notice to interested parties on that date, stating that Forest Supervisor Grantham had "decided to withdraw the Panther Fire Salvage Decision Notice and FONSI dated August 10, 2009. No activities implementing the Panther Fire Salvage Project will be undertaken unless and until further NEPA documentation is prepared and a new decision is issued." This notice is attached as Exhibit A.

Because the Defendants have withdrawn the challenged underlying agency decision, the parties hereby stipulate to voluntarily dismiss without prejudice this action, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii). Although it appears that no Court action is required, a proposed order granting the requested relief is provided.

IT IS SO STIPULATED.

For Plaintiffs:

/S/ Susan Jane M. Brown    .
Susan Jane M. Brown (OSB #05460)
Western Environmental Law Center
4107 NE Couch St.
Portland, OR.  97232
Ph. 503-914-1323
brown@westernlaw.org
(Lead Counsel)

Matt Kenna (CO #22159)
Western Environmental Law Center
679 E. 2nd Ave., Suite 11B
Durango, CO. 81301
(970) 385-6941 x 131
kenna@westernlaw.org

Rachel M. Fazio (CA #187580)

P.O. Box 697
Cedar Ridge, CA 95924
Tel: (530) 273-9290
Fax: (530) 273-9260
rfazio@nccn.net

René P. Voss (CA #255758) (Local Counsel)
42 Greenfield Ave, Suite A
San Anselmo, CA  94960-2415
530-219-8068 (phone)
renepvoss@gmail.com

For Defendants:

JOHN C. CRUDEN
Acting Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
Washington, D.C. 20530

  /s/ David B. Glazer        .
[Authorized August 24, 2009]
DAVID B. GLAZER (D.C. 400966)
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California 94105
TEL: (415) 744–6491
FAX: (415) 744-6476
E-mail: david.glazer@usdoj.gov

ORDER

Upon consideration of the above Stipulation, it is hereby ORDERED that, for good cause shown, this matter is hereby voluntarily dismissed without prejudice.

IT IS SO ORDERED.

Dated:  August 26, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE