UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

KLAMATH-SISKIYOU WILDLANDS CENTER, ENVIRONMENTAL PROTECTION INFORMATION CENTER, and KLAMATH FOREST ALLIANCE,

    Plaintiffs,

vs.

PATRICIA A. GRANTHAM, Klamath National Forest Supervisor, and UNITED STATES FOREST SERVICE,

    Defendants.
_____/

CIV. NO. 2:09-2249 WBS GGH

<u>NON-RELATED CASE ORDER</u>

KLAMATH-SISKIYOU WILDLANDS CENTER, ENVIRONMENTAL PROTECTION INFORMATION CENTER, KLAMATH FOREST ALLIANCE, and CENTER FOR BIOLOGICAL DIVERSITY,

    Plaintiffs,

vs.

PATRICIA A. GRANTHAM, Klamath National Forest Supervisor, and UNITED STATES FOREST SERVICE,

    Defendants.
_____/

CIV. NO. 2:10-2350 GEB CMK

----oo0oo----

The undersigned has considered the Notice of Related cases filed in the above-captioned matters and determined that relating the cases under Local Rule 123 will not "effect a savings of judicial effort or other economies" because the first action was dismissed without prejudice before the undersigned considered or decided any of the issues in that case. Accordingly, the above-entitled actions should not be related.

IT IS SO ORDERED.

DATED: September 7, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE