```
 1
 2
 3
 4
 5
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                   EASTERN DISTRICT OF CALIFORNIA
10                          ----oo0oo----
11  KLAMATH-SISKIYOU WILDLANDS
    CENTER, ENVIRONMENTAL PROTECTION
12  INFORMATION CENTER, and KLAMATH
    FOREST ALLIANCE,
13
              Plaintiffs,          CIV. NO. 2:09-2249 WBS GGH
14  vs.
15  PATRICIA A. GRANTHAM, Klamath
    National Forest Supervisor, and
16  UNITED STATES FOREST SERVICE,   NON-RELATED CASE ORDER
17            Defendants.
                                   /
18
19  KLAMATH-SISKIYOU WILDLANDS
    CENTER, ENVIRONMENTAL
20  PROTECTION INFORMATION CENTER,
    KLAMATH FOREST ALLIANCE, and
21  CENTER FOR BIOLOGICAL DIVERSITY,
22            Plaintiffs,          CIV. NO. 2:10-2350 GEB CMK
23  vs.
24  PATRICIA A. GRANTHAM, Klamath
    National Forest Supervisor, and
25  UNITED STATES FOREST SERVICE,
26            Defendants.
                                   /
27
28
```

----oo0oo----

The undersigned has considered the Notice of Related cases filed in the above-captioned matters and determined that relating the cases under Local Rule 123 will not "effect a savings of judicial effort or other economies" because the first action was dismissed without prejudice before the undersigned considered or decided any of the issues in that case. Accordingly, the above-entitled actions should not be related.

IT IS SO ORDERED.

DATED:   September 7, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE